IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-20410
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FERNANDO CASTILLO, JR.,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-01-CR-808-ALL
--------------------
February 20, 2003

Before WIENER, EMILIO M. GARZA, and CLEMENT, Circuit Judges.

PER CURIAM:*

Fernando Castillo, Jr., pleaded guilty to being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). He argues that his conviction should be reversed because 18 U.S.C. § 922(g)(1) is unconstitutional on its face and as applied. He concedes, however, that this argument is foreclosed and raises the issue to preserve it for possible Supreme Court review.

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Castillo's argument is indeed foreclosed by this court's decisions in <u>United States v. Cavazos</u>, 288 F.3d 706, 712 (5th Cir.), <u>cert. denied</u>, 123 S. Ct. 253 (2002) and <u>United States v. Daugherty</u>, 264 F.3d 513, 518 (5th Cir. 2001), <u>cert. denied</u>, 534 U.S. 1150 (2002). Accordingly, his conviction is AFFIRMED.